IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:19-CR-00103-KDB-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| **[3] BONNIE CHRISTINE JACKSON,** | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 56) the Indictment (Doc. No. 1), as it relates to Defendant Bonnie Christine Jackson, without prejudice. Defendant Jackson's federal counts were based, in large part, on state court charges. Shortly after the Indictment in federal court, the United States Attorney's Office learned that the local district attorney's office had resolved the underlying state charges by plea agreement. The United States Attorney's Office has indicated to the Court that it believes the sentence Defendant Jackson received in state court is comparable to what she would have received in federal court and, as such, the Government has decided not to seek a Petite Policy waiver in Defendant Jackson's case. Therefore, the Court **GRANTS** the Government's Motion (Doc. No. 56).

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** as to Defendant Bonnie Christine Jackson without prejudice.

Signed: March 18, 2020

Kenneth D. Bell
United States District Judge